UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LEISURE DIRECT, INC.,

JUDGMENT
05-CV- 4473 (JG)

Plaintiff,

-against-

GLENDALE CAPITAL, LLC, et al.,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2007 ★

Defendants.

-------------------------------------------------------X

**BROOKLYN OFFICE**

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 2, 2007, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated February 6, 2007; and directing the Clerk of Court to enter judgment awarding plaintiff damages in the amount of $1,264,665.00 against defendant David Parsons; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that judgment is hereby entered in favor of plaintiff, Leisure Direct, Inc., and against defendant, David Parsons, awarding plaintiff damages in the amount of $1,264,665.00.

Dated: Brooklyn, New York
       May 22, 2007

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court